**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

JOSEPH VOLFMAN,

                Plaintiff,

-against-

LIGHT SIDE CORP. d/b/a THE BLACK ANT
and 60 SECOND AVENUE CORPORATION.,

                Defendants.
_____x

Civil Action No. 1:24-cv-02463-JLR

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff Joseph Volfman and Defendant LIGHT SIDE CORP. d/b/a THE BLACK ANT by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

      Dated: October 30, 2024

By: _____

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street
Brooklyn NY 11217
aautz@nacmiaslaw.com
917-602-6057

By: _____

Michael K. Chong, Esq.
*Attorney for Defendant LIGHT SIDE CORP.*
Law Offices of Michael K. Chong, LLC
2 Executive Drive, Suite 240
Fort Lee, NJ 07024
201-947-5200
Email: MKC@mkclawgroup.com